# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAMOND THOMAS

NO. 2019 KW 1572

FEB 1 8 2020

---

In Re:   Damond Thomas, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-16-0797.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND LANIER, JJ.**

**WRIT DENIED.** The district court did not err in denying relator's motion to amend or modify sentence. If relator is making a complaint with regard to the computation of his sentence pursuant to La. R.S. 15:571.3, the Department of Public Safety and Corrections has authority to adopt administrative remedy procedures to receive, hear, and dispose of complaints of time computations of sentences. La. R.S. 15:1171(B). Any complaint pertaining to the time computation relative to diminution of sentence for good behavior (good time) must be made under the Corrections Administrative Remedy Procedure (CARP) as provided in La. R.S. 15:1171-15:1179. See **Madison v. Ward**, 2000-2842 (La. App. 1st Cir. 7/3/02), 825 So.2d 1245 (en banc).

                              **VGW**
                              **AHP**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
          DEPUTY CLERK OF COURT
             FOR THE COURT